IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-75-4H

UNITED STATES OF AMERICA,

v.

**ORDER**

MARY SHANTA ELLIS,

    Defendant.

This matter is before the court on defendant's pro se motion for early termination of his supervised release, [DE #344]. The court has carefully considered the motion and the conduct of defendant while on supervised release, and in its discretion, denies the motion without prejudice to be refiled if desired once defendant completes one year in the low intensity supervision program.

This 11th day of June 2020.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35